JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United African-Asian Abilities Club,<br><br>Plaintiff,<br><br>v.<br><br>Weinreb Holdings, LP,<br><br>Defendant. | Case No. CV 21-05285 DSF (MARx)<br><br>JUDGMENT |

   The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to request entry of default as to defendant Weinreb Holdings, LP,

   IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: February 10, 2022

_____
Dale S. Fischer
United States District Judge